UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 15 |
| Oi S.A., *et al.*,[1] | ) |
| | ) Case No. 16-11791 (JPM) |
| Debtors in a Foreign Proceeding. | ) (Jointly Administered) |
| | ) |

## ORDER CLOSING CHAPTER 15 CASES

Upon the *Foreign Representative's Statement Notifying the Court Regarding Status of the Brazilian RJ Proceeding Pursuant to 11 U.S.C. § 1518, Final Report, and Motion for an Order Closing These Chapter 15 Cases* (the "**Motion**") for, *inter alia*, entry of an order pursuant to sections 105(a), 350(a), and 1517(d) of the Bankruptcy Code[2] closing the above-captioned jointly administered chapter 15 cases of Oi S.A., *et al.* (the "**Chapter 15 Cases**"); and the requirements of Rule 5009(c) of the Federal Rules of Bankruptcy Procedure and Rule 5009-2 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York having been satisfied; and the Foreign Representative having provided appropriate and timely notice of the Motion, which notice was adequate under Bankruptcy Rule 5009(c); and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion, if any, establish just cause for the relief granted herein; and the Court having found that these Chapter 15 Cases have been fully administered; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Final Report is approved, and the Motion is granted.

---

[1] The debtors in these chapter 15 cases and the identifying four digits of the tax identification number of each are: Oi S.A. ("**Oi**") (5764), Telemar Norte Leste S.A. (0118), Oi Brasil Holdings Coöperatief U.A. (8518), and Oi Móvel S.A. (3963) (together, the "**Chapter 15 Debtors**").

[2] Capitalized terms not otherwise defined herein shall carry the meaning ascribed to them in the Motion.

2. The Foreign Representative's request to close the Chapter 15 Cases is approved and granted as set forth herein.

3. The Chapter 15 Cases are hereby closed pursuant to sections 350(a) and 1517(d) of the Bankruptcy Code, Bankruptcy Rule 5009(c) and Local Bankruptcy Rule 5009-2. This Final Decree and Order is without prejudice to the right of any of the Chapter 15 Debtors or the Foreign Representative to seek an order reopening any of the Chapter 15 Cases under section 350(b) of the Bankruptcy Code or Local Bankruptcy Rule 5009-2(b). Upon entry of this Final Decree and Order, the Foreign Representative shall be released and discharged from his duties and obligations as foreign representative in these Chapter 15 Cases.

4. Any orders entered by this Court in the Chapter 15 Cases shall survive the entry of this Final Decree and Order.

5. The clerk of this Court shall enter this Final Decree and Order on the dockets of the Chapter 15 Cases and the dockets shall be marked as "Closed."

6. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree and Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Final Decree and Order and any requests for additional relief or any adversary proceeding brought in and through these Chapter 15 Cases.

Dated: February 6, 2023
New York, New York

   /s/ John P. Mastando III
Honorable John P. Mastando III
United States Bankruptcy Judge